# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE MOODY, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:20-cv-00083-JEO |
| | ) |
| **HITECH LANDSCAPE, DESIGN &** | ) |
| **MANAGEMENT, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Willie Moody and Defendant Hitech Landscape, Design & Management, Inc., by and through their undersigned counsel of record, hereby jointly stipulate and agree that this action, including all counts alleged in the Complaint by Plaintiff against Defendant, should be dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

43284441 v1

/s/ H. Carlton Hilson
H. Carlton Hilson
Caroline Page

Attorneys for Defendant
Hitech Landscape, Design & Management, Inc.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL  35203

/s/ Amanda H. Schafner
Amanda H. Schafner

Attorney for Plaintiff Willie Moody

OF COUNSEL:
The Schafner Law Group, LLC
P.O. Box 841
Birmingham, AL 35201

43284441 v1

2