# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIE MOODY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 2:20-cv-0083-JEO |
| HIGHTECH LANDSCAPE, DESIGN ) | |
| & MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER

A joint stipulation of dismissal has been filed in this action, signed by counsel for all parties. (Doc. 16). Such a stipulation is effective without a court order. *See* FED. R. CIV. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DATED,** this 12th day of May, 2020.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge

1